IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MINNY MALLERY, LON R. FRANK, and NOAH FRANK, | Case No. 6:25-cv-00008-MC |
| Plaintiffs, | ORDER AND JUDGMENT |
| v. | |
| TINA KOTEK, et al., | |
| Defendants. | |

MCSHANE, Judge:

On January 2, 2025, self-represented Plaintiffs Minny Mallery, Lon R. Frank, and Noah Frank ("Plaintiffs") filed a Complaint and an application for leave to proceed *in forma pauperis* ("IFP"). Pls.' Compl., ECF No. 1; Pls.' IFP Appl., ECF No. 2.

The Court, pursuant to 28 U.S.C. § 1915(e)(2), screened the Complaint and found it failed to state a claim upon which this Court may grant relief. *See* Op. and Order, ECF No. 4. The Court dismissed the Complaint accordingly, affording Plaintiffs an opportunity to cure with amendment within 30 days. That window has passed, and Plaintiffs have chosen not to file an amended complaint. The Complaint therefore remains dismissed and Plaintiffs' IFP application is denied. The Clerk is ordered to close this matter.

IT IS SO ORDERED.

DATED this __5th__ day of _____March_____, 2025.

_____/s/Michael McShane_____
Michael McShane
United States District Judge

1 – Order and Judgment